

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2018

No. 04-18-00256-CV

Jael **RIVERA**,
Appellant

v.

Gabriel **FIGUEROA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-03465
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellee has filed a motion for extension of time to file his brief, requesting an extension of sixty days. We GRANT the motion. Appellee's brief is due September 28, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court